IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS B. COTTON | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| | : | NO. 12-3103 |
| MICHAEL WENEROWICZ, et al. | : | |

**O R D E R**

FILED
APR 1 0 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

HARVEY BARTLE III, J.,

AND NOW, this 10th day of April, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
HARVEY BARTLE III, J.

34